IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KARIM SEHOUL,

    Petitioner,

v.                                    CASE NO. 4:16cv285-RH/GRJ

U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,

    Respondent.

_____/

## ORDER DISMISSING PETITION AS MOOT

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The petition is dismissed as moot."  The clerk must close the file.

SO ORDERED on September 27, 2016.

                                                    s/Robert L. Hinkle
                                                  United States District Judge